198 F.3d 1259 (11th Cir. 1999)
 L. C., by Johnathan ZIMRING, as guardian ad litem
and next friend, et al., Plaintiffs-Appellees,
v.
Tommy OLMSTEAD, Commissioner of the Department of
Human Resources; et al., Defendants-Appellants.
 No. 97-8538
 United States Court of Appeals,
Eleventh Circuit.
 Dec. 21, 1999.
 
 Appeal from the United States District Court for the Northern District of Georgia
 (No. 1:95-CV-1210-MHS); Marvin H. Shoob, Judge.
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 Before TJOFLAT and BARKETT, Circuit Judges, and PROPST*, Senior District Judge.
 PER CURIAM:
 
 
 1
 We remand this case to the district court for proceedings consistent with the Supreme Court's opinion in Olmstead v. L.C., --- U.S. ----, 119 S.Ct. 2176, 144 L.Ed.2d 540 (1999).
 
 
 
 NOTES
 
 
 *
 Honorable Robert B. Propst, Senior U.S. District Judge for the Northern District of Alabama, sitting by designation.